## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Geraldine Soat Brown | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 434 | **DATE** | 5/30/2008 |
| **CASE TITLE** |  | USA vs. Lucas Serrano | |

**DOCKET ENTRY TEXT**

Initial appearance proceedings held. Defendant Lucas Serrano appears in response to arrest on 05/28/08. Defendant waives the 17 hour rule. Defendant informed of his rights. The court finds defendant unable to afford counsel. Douglas Whitney from the Federal Defender Panel is appointed as counsel for defendant. Government moves for pretrial detention. Detention hearing set for 06/05/08 at 1:00 p.m. Preliminary examination hearing set for 06/05/08 at 1:00 p.m. Defendant shall remain in custody pending the detention hearing. *Geraldine Soat Brown*

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | NTF |
|---|---|---|