## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Geraldine Soat Brown | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 434 | **DATE** | 6/05/2008 |
| **CASE TITLE** | USA vs. Lucas Serrano | | |

**DOCKET ENTRY TEXT**

Detention hearing held and continued to 06/18/08 at 10:30 a.m.  Jocelyn Francoeur is given leave to file an appearance on behalf of the defendant. Preliminary examination hearing held. The Court finds probable cause and orders the defendant bound to the District Court for further proceedings. Defendant will remain in custody pending the continued detention hearing.

Docketing to mail notices.

00:40

| | Courtroom Deputy Initials: | NTF |
|---|---|---|