## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Geraldine Soat Brown | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 434 | **DATE** | 6/18/2008 |
| **CASE TITLE** | USA vs. Lucas Serrano | | |

**DOCKET ENTRY TEXT**

Detention hearing held and continued to 6/23/08 at 10:30 a.m. Douglas Whitney and Jocelyn Francoeur are given leave to withdraw as counsel for the defendant. Enter order appointing Helen J. Kim from the Federal Defender Program as counsel for defendant.

■ [ For further detail see separate order(s).]    Docketing to mail notices.

00:50

| | Courtroom Deputy Initials: | NTF |
|---|---|---|