UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
JUN 19 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 08 CR 434 |
| v. ) | |
| ) | Violation: Title 18, United States |
| LUCAS SERRANO ) | Code, Section 2113(a) |

MAGISTRATE JUDGE
GERALDINE SOAT BROWN
JUDGE KENNELLY

The SPECIAL FEBRUARY 2008-2 GRAND JURY charges:

On or about May 29, 2008, at Chicago, in the Northern District of Illinois, Eastern Division,

LUCAS SERRANO,

defendant herein, by intimidation, did take from the person and presence of a bank employee approximately $850 in United States Currency belonging to and in the care, custody, control, management, and possession of the Charter One Bank located at 150 South Wacker Drive, Chicago, Illinois, the deposits of which were then insured by the Federal Deposit Insurance Corporation;

In violation of Title 18, United States Code, Section 2113(a).

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY