JUDGE KENNELLY **United States District Court, Northern District of Illinois**

08 GJ 596

| Name of Assigned Judge or Magistrate Judge | **MAGISTRATE JUDGE GERALDINE SOAT BROWN** | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 08 CR 0434 | DATE | JUNE 19, 2008 |
| CASE TITLE | US v. LUCAS SERRANO | | |

MOTION: [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

## GRAND JURY PROCEEDING

The Grand Jury for the _____SPECIAL FEBRUARY 2008-2_____ Session, a quorum being present, returns the above-entitled indictment in open Court this date before

Judge or Magistrate Judge _____[signature]_____

DOCKET ENTRY:

**NO BOND SET, DETAINED BY MAGISTRATE..**

RECEIVED
JUN 19 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

SIGNATURE OF JUDGE _____ (ONLY IF FILED
OR MAGISTRATE JUDGE                            UNDER SEAL)

| | | | | Number of notices | DOCKET # |
|---|---|---|---|---|---|
| | No notices required, advised in open court. | | | Date docketed | |
| | No notices required. | | | Docketing dpty. initials | |
| | Notices mailed by judge's staff. | | | Date mailed notice | |
| | Notified counsel by telephone. | | | Mailing dpty. initials | |
| | Docketing to mail notices | | | | |
| | Mail AO 450 form. | | | | |
| | Copy to judge/magistrate judge. | | | | |
| | Courtroom Deputy Initials | Date/time received in Central Clerk's office | | | |