# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Geraldine Soat Brown | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 434 | **DATE** | 6/23/2008 |
| **CASE TITLE** | USA vs. Lucas Serrano | | |

**DOCKET ENTRY TEXT**

Detention hearing held and continued to 6/24/08 at 10:00 a.m.

Docketing to mail notices.

00:25

| | Courtroom Deputy Initials: | NTF |
|---|---|---|