# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew F. Kennelly | Sitting Judge if Other than Assigned Judge | Geraldine Soat Brown |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 434 | **DATE** | 6/24/2008 |
| **CASE TITLE** | USA vs. Lucas Serrano | | |

**DOCKET ENTRY TEXT**

Detention hearing held. Government's oral motion to detain the defendant pending trial is denied. Enter Order Setting Conditions of Release. Defendant shall be released after processing from McHenry County Jail on Wednesday, 06/25/08 and turned over to his mother Elizabeth Viruet, who will take him directly to Gateway Treatment Center. *Geraldine Soat Brown*

■ [ For further detail see separate order(s).]

Docketing to mail notices.
*Copy to judge/magistrate judge.

00:20

| | | Courtroom Deputy Initials: | NTF |
|---|---|---|---|