AO 98    (Rev. 11/07) Appearance Bond

# UNITED STATES DISTRICT COURT

__NORTHERN__ _____ District of _____ __ILLINOIS__

UNITED STATES OF AMERICA
v.

__LUCAS SERRANO__
_____Defendant_____

**APPEARANCE BOND**

*FILED*
*JUN 24 2008*
*MICHAEL W. DOBBINS*
*CLERK, U.S. DISTRICT COURT*

Case Number: __08 CR 434__

☑ Non-surety: I, the undersigned defendant acknowledge that I and my . . .
☐ Surety: We, the undersigned, jointly and severally acknowledge that we and our . . .
personal representatives, jointly and severally, are bound to pay to the United States of America the sum of
$ __10,000 (Ten thousand dollars)__ and there has been deposited in the Registry of the Court the sum of
$ ~~XXXXX (XXX XXXXXX)~~ _____ in cash or __UNSECURED__ _____ (describe other security).

The conditions of this bond are that the defendant __LUCAS SERRANO__
_____Name_____
is to appear before this court and at such other places as the defendant may be required to appear, in accordance with
any and all orders and directions relating to the defendant's appearance in this case, including appearance for violation
of a condition of defendant's release as may be ordered or notified by this court or any other United States District Court
to which the defendant may be held to answer or the cause transferred. The defendant is to abide by any judgment
entered in such matter by surrendering to serve any sentence imposed and obeying any order or direction in connection
with such judgment.

It is agreed and understood that this is a continuing bond (including any proceeding on appeal or review), which
shall continue until such time as the undersigned are exonerated.

If the defendant appears as ordered or notified and otherwise obeys and performs the foregoing conditions of
this bond, then this bond is to be void, but if the defendant fails to obey or perform any of these conditions, payment of
the amount of this bond shall be due forthwith. Forfeiture of this bond for any breach of its conditions may be declared
by any United States District Court having cognizance of the above entitled matter at the time of such breach and if the
bond is forfeited and if the forfeiture is not set aside or remitted, judgment may be entered upon motion in such United
States District Court against each debtor jointly and severally for the amount above stated, together with interest and
costs, and execution may be issued and payment secured as provided by the Federal Rules of Criminal Procedure and
any other laws of the United States.

This bond is signed on __6/24/08__ at __USDC__
_____Date_____Place____

Defendant    __LUCAS SERRANO__ / X _____

Surety    _____

Surety    _____

Signed and acknowledged before me on __6/24/08__
_____Date____

__Nicole Fratto-Butz__
_____Signature of Judge/Clerk_____